

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      City of Houston v. Frank Nicolai and Debora Nicolai, as parents of Caroline Nicolai, deceased

Appellate case number:   01-20-00327-CV

Trial court case number:  2013-75121

Trial court:              164th District Court of Harris County

Appellees, Frank Nicolai and Debora Nicolai, as parents of Caroline Nicolai, deceased, have filed a motion for en banc reconsideration. The Court requests a response to the motion for en banc reconsideration from appellant, City of Houston. The response must be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 49.5.

It is so ORDERED.

Judge's signature: ____/s/ Julie Countiss_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___May 17, 2022___